## CERTIFICATE OF SERVICE

I, R. Grant Dick IV, hereby certify that on April 24, 2023, a copy of the Defendant's Notice of Removal was served via electronic mail on the following:

Roger D. Landon
**MURPHY & LANDON, P.A.**
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
landon@msllaw.com

*Attorneys for Plaintiff Ramsey Asset Management, LLC*

/s/ R. Grant Dick IV
R. Grant Dick IV (Bar No. 5123)

00653386