# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAMSEY ASSET MANAGEMENT, LLC, | ) ) | |
|     Plaintiff, | ) | C.A. No.: 1:23-cv-00453-CFC |
| | ) | |
| v. | ) | |
| | ) | |
| THE STANDARD INSURANCE COMPANY, | ) ) | |
| | ) | |
|     Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS
## PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant, Standard Insurance Company, hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Complaint filed by plaintiff, Ramsey Asset Management ("RAM"). For the reasons set forth in Defendant's Opening Brief in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), RAM's Complaint fails to state a claim upon which relief may be granted. Accordingly, Standard respectfully requests that the Complaint, and all claims asserted therein, be dismissed.

Dated:      May 11, 2023

00654355

Respectfully submitted,

**COOCH AND TAYLOR P.A.**

*/s/ R. Grant Dick*
James W. Semple (# 396)
R. Grant Dick IV (#5123)
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
(302) 984-3800
gdick@coochtaylor.com


**OF COUNSEL:**

**PIERCE ATWOOD LLP**
Brooks R. Magratten
(pro hac vice motion forthcoming)
Michael J. Daly
(pro hac vice motion forthcoming)
One Citizens Plaza
10th Floor
Providence, RI 02903
(401) 490-3424
mdaly@PierceAtwood.com